IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JULIO CHRISTIAN,** : | |
| Plaintiff : | |
| : | No. 1:21-cv-288 |
| v. : | |
| : | (Judge Rambo) |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND** : | |
| **PAROLE,** *et al.*, : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 23rd day of February 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 3) is **DENIED**;

2. The complaint (Doc. No. 1) is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Any claims seeking immediate release or a parole hearing are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to seek such relief in a properly filed habeas corpus action. Any claims challenging Plaintiff's parole revocation and the validity of his detention are **DISMISSED WITHOUT PREJUDICE** to reassertion in a new civil action only in the event his conviction is reversed, vacated, or otherwise invalidated. Plaintiff's remaining claims against Defendants are **DISMISSED WITH PREJUDICE**. Plaintiff may not file an amended complaint in this matter; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

s/ Sylvia H. Rambo
United States District Judge